IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DESTINY CANO, | § | |
| *Plaintiff,* | § § § | SA-19-CV-01296-ESC |
| vs. | § § | |
| HARLANDALE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendant.* | § § | |

**FINAL JUDGMENT**

Before the Court is the above-styled cause of action. On December 16, 2020, the Court granted Defendant's motion to dismiss as to Plaintiff's claims arising under 42 U.S.C. § 1983 and Title IX. On January 21, 2022, the Court granted Defendant's motion for summary judgment, affirming the administrative decision that Plaintiff's claim under the Individuals with Disabilities Act is time-barred and that Plaintiff failed to exhaust her administrative remedies as to her claims under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. The Court has disposed of all claims asserted by Plaintiff in this case and hereby renders a final judgment affirming the administrative decision and ordering that Plaintiff take nothing by her other causes of action.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the decision of the Texas Education Agency that Plaintiff Destiny Cano's administrative claim under the Individuals with Disabilities Act is time-barred is **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Destiny Cano **TAKE NOTHING** against Defendant Harlandale Independent School District as to her other claims in this lawsuit and that all costs of suit are taxed against the party bearing the same.

**IT IS SO ORDERED.**

SIGNED this 24th day of January, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE